1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TONY BLACKMAN,                          1:10-cv-01133-GSA (PC)

12                    Plaintiff,

13         vs.

14    A. HEDGPETH, et al.,                     ORDER TRANSFERRING CASE TO THE
                                               NORTHERN DISTRICT OF CALIFORNIA
15
                    Defendants.
16

17    _____/

18         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to

19    42 U.S.C. § 1983.

20         The federal venue statute requires that a civil action, other than one based on diversity

21    jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

22    reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

23    giving rise to the claim occurred, or a substantial part of the property that is the subject of the action

24    is situated, or (3) a judicial district in which any defendant may be found, if there is no district in

25    which the action may otherwise be brought." 28 U.S.C. § 1391(b).

26         In this case, none of the defendants reside in this district. The claim arose in Monterey

27    County, which is in the Northern District of California. Therefore, plaintiff's claim should have

28    been filed in the United States District Court for the Northern District of California. In the interest

1   of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.

2   See 28 U.S.C. § 1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

3         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

4   District Court for the Northern District of California.

5         IT IS SO ORDERED.

6   **Dated:   July 6, 2010**             **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE