***E-FILED - 10/5/10***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONY BLACKMAN, | ) | No. C 10-3059 RMW (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| CAPT. A. HEDGPETH, et al., | ) | |
| Defendants. | ) | |

On June 23, 2010, plaintiff, proceeding pro se, filed a civil rights complaint in the Eastern District of California. On July 7, 2010, the Eastern District issued an order transferring the case to this court. On July 23, 2010, this court notified plaintiff that he had not paid the filing fee nor had he filed an application to proceed in forma pauperis ("IFP"). Along with the deficiency notice, plaintiff was provided with a new IFP application, instructions for completing it, notified that he had to specifically include a Certificate of Funds completed and signed by an authorized officer at the prison, and a stamped return envelope. Plaintiff was cautioned that his failure to either file a completed IFP application or pay the filing fee within thirty days would result in the dismissal of this action. To date, plaintiff has not communicated with this court.

Accordingly, the instant action is DISMISSED without prejudice. The clerk shall enter judgment and close the file.

Order of Dismissal
P:\PRO-SE\SJ.Rmw\CR.10\Blackman059dis.wpd

1     IT IS SO ORDERED.

2   DATED:  10/4/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order of Dismissal
P:\PRO-SE\SJ.Rmw\CR.10\Blackman059dis.wpd    2