*E-FILED - 10/5/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN, | No. C 10-3059 RMW (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| CAPT. A. HEDGPETH, et al., | |
| Defendants. | |

The court has dismissed the instant civil rights action without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/4/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.10\Blackman059jud.wpd